UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARK DEWAYNE HALLCY,
Institutional ID No. 02149848

           Plaintiff,

v.

HALE COUNTY
COMMISSIONERS, *et al.*,

           Defendants.

No. 5:23-CV-00177-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated August 28, 2023.

                                                                  JAMES WESLEY HENDRIX
                                                                  United States District Judge